IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
STACEY GREENFIELD, derivatively on behalf of
IMMERSION CORPORATION,

Plaintiff,                                    Case No. 15 Civ. 10019 (ALC)

- against -                                   ECF Case

SENVEST MANAGEMENT, LLC, SENVEST
MASTER FUND, L.P., SENVEST ISRAEL
PARTNERS, L.P., SENVEST
INTERNATIONAL L.L.C., RICHARD R.
MASHAAL and IMMERSION CORPORATION,

Defendants.
---------------------------------------------------------------x

## NOTICE OF DISCONTINUANCE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Stacy Greenfield hereby withdraws this Action with prejudice. The defendants in this case have neither served an answer nor a motion for summary judgment.

Stacey Greenfield,

By her attorneys,

_/s/ Paul D. Wexler_
Paul D. Wexler
110 E. 59th Street, 23rd Floor
New York, NY  10022
Tel: 212.317.0777

Glenn F. Ostrager
OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.
570 Lexington Avenue
New York, NY  10119
Tel: 212.681.0600